IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Roderick English

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

South Carolina Department of Correction / US Marshal Justice Marshal Blackmun

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. Roderick English

   Name: Ralph K. "Tripp" Anderson

   All other names by which you have been known:
   Lieber CI P.O Box 205
   Ridgeville, SC 29472

   ID Number: 14 C0571    Inmate # 301507

   Current Institution: Administrative Law Court

   Address: 1205 Pendleton Street, Suite 224 Columbia, South Carolina 29201

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Brian Sterling
   Job or Title (if known): Head Director
   Shield Number:
   Employer:
   Address: Head Quarter 4444 Broad River Rd Columbia SC 29210
   ☑ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: Kathy Guause

2

Job or Title (if known): Classfication

Shield Number:

Employer: HEad QuaRter 4444

Address: Broad River R.d Columbia South Carolina 29210

☑ Individual capacity   ☐ Official capacity

Defendant No. 3

Name: DoNALD ZELENKA

Job or Title (if known): Oc Attorney General

Shield Number: 4425

Employer:

Address:

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

Name: Shirley Little

Job or Title (if known):

Shield Number:

Employer:

Address:

☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? False imprisonment and malicious

ToRT cliam Action Prosecution distinguished
False IMPRisonMENT Civil LiaBiLiTY
false imprisonment is defined as deprivation of one
Liberty without Justification Deployed Legal Right's
are Justified.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Habeas CoRPus Statue Contemplate an immediate custodian with power To Produce the body If there no

JusTice MaRshal    South Carolina Department of TRansportation sufficient Reason
Blackmun was Deployed                                                               for a
Authorized To Replace ReTainer AnD AuTHoRITY / EXTRADITION &    Contary
Me Back to my WRits To DETainers RodeRIck English v. South Carolina Conclusion
County.                     Department of CoRRections (14CO571)
Be Expendited.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Administrative Law Court does not have
Statutory authority to hear ToRT cliam actions
Pursuant To the South Carolina ToRT cliam Act SC
Code § 15-078-10 et seq. the appropriate Venue for

III. **Prisoner Status** filing this type of action oo is in Circuit Court.

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☑ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* State Conviction Exspired.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

May 17, 2018 STATE of South Carolina Department of Probation Parole and Pardon Services Admitted No offense To my Conviction and admitted I am Required To Do 85% of my Sentence Before Release Time of 85% was 11/13/18 Overdue

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 15, 2016

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Administrative Law Judge Ralph K "Tripp" ANDERSON III Admitted To Suspension of his Statutory Authority to hear This Tort Claim In SCDC was Intitled To Release me To Society 11-16-18 Notified Intitled Memorandum of Right to Release me was Served to Each Party* for ExTRADITTON & DETAINERS

5

State Court South Carolina Deparment of Correction U.S Marshall Didn't Pursuant to those wright.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Health has ~~gessages~~ got worst.

## VI. Relief

Relief for The Solictor To show proof of A Excuser Wittness To my Indictment. Case State V. Roderick English

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To have South Carolina Social Servivces To Involved South Carolina Department of Transportion To Expendite Me Back to my County for Retrial. To Have Head Classtication To Transfer Me to A Level 1 PreRelease Work Release Corrections for There's no offense In ~~Sease~~ SCDC Records System. Show a Conviction.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lieber Corrections

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Yes Timeline Correction Category IV 03-13-2014 was A Oringal Expiration Date which Is over due

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   McCormick Corrections Institution

2. What did you claim in your grievance?

   My SEntence was been Enhance over The oringnal time

3. What was the result, if any?

   Veiw I am are Sentenced to serve a Mandotor minimun of a 85% of my 18 year which would be 15 year 3 months 18 day would be 11/13/18

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I Informe The Department of Probation, Parole and Pardon Services In The Department prove I had no offense but will be Required to serve 85% of my Sentence before Release To Community Supervision.

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____
   _____
   _____
   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   <u>Memorandum of Compliance with</u>
   <u>ALC Special Appeal Rule./ Title Roderick</u>
   <u>English v. South Carolina Department of Corrections</u>

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

   ☐  Yes
   ☑  No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

STATE of South Carolina Administrative Law Court  October 29, 2014

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Roderick English
   Defendant(s) Classification Kathy Gause

2. Court *(if federal court, name the district; if state court, name the county and State)* UNITED STATES DISTRICT COURT DISTRICT of South Carolina

3. Docket or index number

   1:16 - 127 - JFA - SVH

4. Name of Judge assigned to your case

   Shiva V. Hodger

5. Approximate date of filing lawsuit

   March 15, 2016

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  11-6-18
   11-2-18

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   accordance with 28 U.S.C § 636(b)(1)(B) Civil Rule 73.02

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) Roderick English
      Defendant(s) Christin Livingston

   2. Court *(if federal court, name the district; if state court, name the county and State)* United States District Court District of South Carolina

   3. Docket or index number

      1:16 cv 2985

   4. Name of Judge assigned to your case

      Shiva Hodges

   5. Approximate date of filing lawsuit

      March 22, 2017

   6. Is the case still pending?

      ☐ Yes

      ☑ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

My favor

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 23, 2019.

Signature of Plaintiff: Roderick English
Printed Name of Plaintiff: Roderick English
Prison Identification #: 301509
Prison Address: Lieber Correctional Institution
Ridgeville     SC     29472
City            State    Zip Code

### B. For Attorneys

Date of signing: _____, 20___.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

Address       _____
Telephone Number  _____
E-mail Address   _____