# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Roderick English *also known as Ralph K. Tripp Anderson*, <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections; US Marshal Justice Marshal Blackmun; Head Director Brian Steriling; Classification Kathy Guause; Attorney General Donald Zelenka; Shirley Little *in their individual capacities*, <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-00246-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

■ The plaintiff, Roderick English *also known as Ralph K. Tripp Anderson*, shall take nothing of the defendants, South Carolina Department of Corrections; US Marshal Justice Marshal Blackmun; Head Director Brian Steriling; Classification Kathy Guause; Attorney General Donald Zelenka; Shirley Little *in their individual capacities* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint.

Date:  March 7, 2019                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                        s/L. Baker
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*